UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY AT LEXINGTON

------------------------------------------------------------------x

KALAB LEE BASEY,

                Plaintiff,

      -vs-

UNITED STATES DEPARTMENT OF JUSTICE,
EXECUTIVE OFFICE FOR THE U.S. ATTORNEYS,
FEDERAL BUREAU OF INVESTIGATION

                Defendant.

------------------------------------------------------------------x

5:23-cv-00091-(CHB)

## DEFENDANT'S RESPONSE TO COURT ORDER

In response to the Court's Order [R. 12], Defendant states that it does not object to this action being transferred under 28 U.S.C. § 1404(a).

Plaintiff Kaleb Basey is currently a federal prisoner designated to the Federal Medical Center in Lexington, Kentucky.[1] As the Court noted, Basey is not a resident in this district solely by virtue of being designated to a prison here. [R. 12: Order at 184-85 (citing cases).] *See also Stifel v. Hopkins*, 477 F.2d 1116, 1126 (6th Cir. 1973) (holding rebuttal presumption prisoner is not domiciled in state of incarceration and presumption "requir[es] more than unsubstantiated declarations to rebut"). Basey's domicile is not clear on the face of his Complaint [R. 11]. Accordingly, Defendant reserves all objections to venue under Fed.R.Civ.P. 12(b) and 28 U.S.C. § 1406.

Basey seeks, among other items, "[r]ecords previously withheld under FOIA exemption 7(A) in *Kaleb Lee Basey v. Dept. of the Army*, No. 4:16-cv-00038-TMB (D. Alaska). [*See* R. 11: Complaint at 176.] A review of this docket shows that Basey filed the Complaint there, alleging

---

[1] *See* Federal Bureau of Prisons, Find an inmate, https://www.bop.gov/inmateloc/ (searching name of inmate).

venue was proper and that he "resided in Fairbanks, Alaska, at all material times." *See* Complaint at 2, *Lee Basey v. Dept. of the Army*, No. 4:16-cv-00038-TMB (D. Alaska Dec. 2, 2016). In that matter, the Court granted the Department of the Army and DOJ summary judgment, finding in favor of their FOIA exemption claims. *See* Order at 15-22, 24-29, *Lee Basey v. Dept. of the Army*, No. 4:16-cv-00038-TMB (D. Alaska May 14, 2018).[2] Basey also appears to have filed a pending complaint in Alaska involving at least one of the same FOIA requests at issue here. *Compare* Complaint at 18 (¶70), *Basey v. Reardon, et al.*, 3:23-cv-00124-JMK (D. Alaska Jun. 8, 2023) (raising allegations re FOIA request 1358015-001), *with* [R. 1: Complaint at 9 (¶34) (same).] In that Alaskan complaint, Basey asserted that the "sought-after records . . . are likely located in whole or in part in the District of Alaska as that is where Basey's federal criminal investigation and case occurred and is where he previously maintained a FOIA suit seeking much of the same information at issue." Complaint at 3-4 (¶¶11-12), *Basey v. Reardon, et al.*, 3:23-cv-00124-JMK (D. Alaska Jun. 8, 2023).

Basey's FOIA requests clearly relate to his federal conviction and the investigation that led to that conviction, so the search for those documents has begun in Alaska. While the search for potentially responsive records is still ongoing, the DOJ has determined that at least some potentially responsive records are currently in Alaska. These records are being gathered for further processing and review. Accordingly, the DOJ does not object to transfer of venue.

---

[2] Basey clearly cannot relitigate that issue here. The DOJ anticipates raising this in a future summary judgment or similar motion.

3

        Respectfully submitted,

        CARLTON S. SHIER, IV
        UNITED STATES ATTORNEY

        /s/Kyle M. Melloan
        Kyle M. Melloan
        Assistant U.S. Attorney
        Eastern District of Kentucky
        260 West Vine Street, Suite 300
        Lexington, KY  40507

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.

I further certify that, on that same date, I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participant:

KALEB L BASEY
Reg. No. 17753-006
FMC LEXINGTON
FEDERAL MEDICAL CENTER
P.O. BOX 14500
LEXINGTON, KY 40512

        /s/ Kyle M. Melloan
        Kyle M. Melloan
        Assistant United States Attorney